HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> NISSIN CORPORATION; NISSIN INTERNATIONAL TRANSPORT USA INC.; HANJIN SHIPPING CO., LTD.; HUSKY TERMINAL & STEVEDORING, INC.; M/V MOL SOLUTION, <br><br> Defendants. | IN ADMIRALTY <br><br> NO. 3:11-cv-05430 RJB <br><br> STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys of record, that plaintiff's Complaint against defendants can be dismissed, by agreement of counsel outside of court, and an order of dismissal with prejudice may be entered without cost to any party.

STIPULATION AND ORDER OF DISMISSAL -1-
Case No.: 3:11-cv-05430 RJB

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

DATED this 8th day of September, 2011.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
By /s/ Michelle Buhler
    Michelle Buhler, WSBA #16235
    Attorneys for Plaintiff

GARVEY SCHUBERT BARER
By /s/ Michelle Buhler *for Barbara Holland per e-mail authority*
    Barbara Holland, WSBA #11852
    Attorneys for Defendant HANJIN SHIPPING CO., LTD.

## **ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled court, and it appearing to the court that the plaintiff's Complaint against defendants can be dismissed by agreement of counsel outside of court, and the court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that plaintiff's Complaint against defendants be and the same is hereby dismissed with prejudice and without cost to any party.

DATED this 16th day of November, 2011.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By /s/ Michelle Buhler
    Michelle Buhler, WSBA #16235
    Attorneys for Plaintiff

GARVEY SCHUBERT BARER

By /s/ Michelle Buhler *for Barbara Holland per e-mail authority*
    Barbara Holland, WSBA #11852
    Attorneys for Defendant HANJIN SHIPPING CO., LTD.

STIPULATION AND ORDER OF DISMISSAL -2-
Case No.: 3:11-cv-05430 RJB

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717